**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Luis Alfredo Florian-Contreras**<br>YOB: 2003; Citizen of Guatemala | DOCKET NO. 24-07077MJ<br><br>MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1:  On or about January 27, 2024, at or near Douglas, in the District of Arizona, **Luis Alfredo Florian-Contreras**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on December 13, 2023, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

Count 2:  On or about January 24, 2024, at or near Douglas, in District of Arizona, **Luis Alfredo Florian-Contreras**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Luis Alfredo Florian-Contreras** is a citizen of Guatemala. On December 13, 2023, **Luis Alfredo Florian-Contreras** was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas.  On January 27, 2024, agents found **Luis Alfredo Florian-Contreras** in the United States at or near Douglas, Arizona without the proper immigration documents. **Luis Alfredo Florian-Contreras** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.  Furthermore, **Luis Alfredo Florian-Contreras** admitted to illegally entering the United States of America from Mexico on or about January 24, 2024, at or near Douglas, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br><br>Sworn by telephone  x  | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Andrew J. Carpenter<br>Border Patrol Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]  *Jacqueline M. Rateau* | DATE<br>January 30, 2024 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Hopkins